Form 408

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Darryl E. McCracken**
**Christina L. McCracken**
   Debtor(s)

Bankruptcy Case No.: 16−70016−JAD
Related To ECF No. 41
Chapter: 13
Docket No.: 42 − 41

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this The 31st of March, 2021, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 4/30/21.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **5/12/21 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **4/30/21.**

                                                    <u>Jeffery A. Deller</u>
                                                  United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 16-70016-JAD |
|---|---|
| Darryl E. McCracken | Chapter 13 |
| Christina L. McCracken | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: msch | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 31, 2021 | Form ID: 408 | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Darryl E. McCracken, 226 Main Street, Troutville, PA 15866-5017 |
| jdb | + | Christina L. McCracken, 226 Main Street, Troutville, PA 15866-5017 |
| 14162403 | + | Donna Frantz; Deceased, c/o Christopher Frantz & Sheri Rowles:, 21 East Long Avenue, Apt 411, Du Bois, PA 15801-2138 |
| 14162404 | + | Membchcfcu, 191 Beaver Drive, Dubois, PA 15801-2515 |
| 15206769 | | S&T Bank, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14174042 | | S&T Bank, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14174041 | + | S&T Bank, 355 North 5th Street, Indiana, PA 15701-1940 |
| 14162406 | + | S&T Bank, 800 Philadelphia Street, Indiana, PA 15701-3908 |
| 14182095 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14162410 | #+ | Tdrcs/Furniture First, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |
| 14162411 | + | Timberland Fed Cr Un, 821 Beaver Dr, Du Bois, PA 15801-2511 |
| 14162412 | + | Umb Bank Na, Po Box 419734, Kansas City, MO 64141-6734 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14162402 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 01 2021 04:39:16 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14208089 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 01 2021 05:29:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14162405 | + | Email/PDF: cbp@onemainfinancial.com | Apr 01 2021 04:38:31 | OneMain Financial, 280 Commons Drive, Du Bois, PA 15801-3808 |
| 14230186 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 01 2021 04:59:21 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14162407 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 01 2021 04:48:45 | Syncb/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14162408 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 01 2021 04:48:45 | Syncb/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14162409 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 01 2021 04:48:45 | Syncb/Walmart Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 14162413 | + | Email/Text: bnc-bluestem@quantum3group.com | Apr 01 2021 05:30:00 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 8

# BYPASSED RECIPIENTS

Case 16-70016-JAD Doc 43 Filed 04/02/21 Entered 04/03/21 00:44:32 Desc Imaged
Certificate of Notice Page 3 of 3

| District/off: 0315-7 | User: msch | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 31, 2021 | Form ID: 408 | Total Noticed: 20 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T Bank |
| cr | *+ | S&T Bank, 355 North 5th Street, Indiana, PA 15701-1940 |
| 14232714 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2021            Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor M&T Bank andygornall@latouflawfirm.com |
| Beth L. Slaby | on behalf of Creditor S&T Bank bslaby@grenenbirsic.com mcupec@grenenbirsic.com |
| Brian Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com |
| David W. Raphael | on behalf of Creditor S&T Bank raphaeld@fnb-corp.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Christina L. McCracken thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Plaintiff Darryl E. McCracken thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Darryl E. McCracken thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Plaintiff Christina L. McCracken thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 10