| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Darryl E. McCracken** | Social Security number or ITIN   xxx–xx–8631 |
|  | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Christina L. McCracken** | Social Security number or ITIN   xxx–xx–5102 |
|  | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **16–70016–JAD** | |

# Order of Discharge                                                                   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Darryl E. McCracken                                    Christina L. McCracken

<u>5/3/21</u>                                                **By the court:**   <u>Jeffery A. Deller</u>
                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Darryl E. McCracken  
Christina L. McCracken  
    Debtors

Case No. 16-70016-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: lfin      Page 1 of 3  
Date Rcvd: May 03, 2021      Form ID: 3180W      Total Noticed: 21

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Darryl E. McCracken, Christina L. McCracken, 226 Main Street, Troutville, PA 15866-5017 |
| 14162403 | + | Donna Frantz; Deceased, c/o Christopher Frantz & Sheri Rowles:, 21 East Long Avenue, Apt 411, Du Bois, PA 15801-2138 |
| 14162404 | + | Membchcfcu, 191 Beaver Drive, Dubois, PA 15801-2515 |
| 14174042 | | S&T Bank, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15206769 | | S&T Bank, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14174041 | + | S&T Bank, 355 North 5th Street, Indiana, PA 15701-1940 |
| 14162406 | + | S&T Bank, 800 Philadelphia Street, Indiana, PA 15701-3908 |
| 14182095 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14162410 | #+ | Tdrcs/Furniture First, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |
| 14162411 | + | Timberland Fed Cr Un, 821 Beaver Dr, Du Bois, PA 15801-2511 |
| 14162412 | + | Umb Bank Na, Po Box 419734, Kansas City, MO 64141-6734 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | May 04 2021 03:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 04 2021 04:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | May 04 2021 03:28:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 04 2021 04:18:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14162402 + | EDI: CITICORP.COM | May 04 2021 03:28:00 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14208089 + | EDI: MID8.COM | May 04 2021 03:28:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14162405 + | EDI: AGFINANCE.COM | May 04 2021 03:28:00 | OneMain Financial, 280 Commons Drive, Du Bois, PA 15801-3808 |
| 14230186 | EDI: PRA.COM | May 04 2021 03:28:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14162407 + | EDI: RMSC.COM | May 04 2021 03:28:00 | Syncb/Lowes, Po Box 965005, Orlando, FL |

Case 16-70016-JAD    Doc 49    Filed 05/05/21    Entered 05/06/21 00:44:34    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-7 | User: lfin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 03, 2021 | Form ID: 3180W | Total Noticed: 21 |

| | | | | |
|---|---|---|---|---|
| | | | | 32896-5005 |
| 14162408 | + EDI: RMSC.COM | | May 04 2021 03:28:00 | Syncb/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14162409 | + EDI: RMSC.COM | | May 04 2021 03:28:00 | Syncb/Walmart Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 14162413 | + EDI: BLUESTEM | | May 04 2021 03:28:00 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T Bank |
| cr | *+ | S&T Bank, 355 North 5th Street, Indiana, PA 15701-1940 |
| 14232714 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 05, 2021              Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor M&T Bank andygornall@latouflawfirm.com |
| Beth L. Slaby | on behalf of Creditor S&T Bank bslaby@grenenbirsic.com mcupec@grenenbirsic.com |
| Brian Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com |
| David W. Raphael | on behalf of Creditor S&T Bank raphaeld@fnb-corp.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Christina L. McCracken thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Plaintiff Darryl E. McCracken thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Darryl E. McCracken thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Plaintiff Christina L. McCracken thedebterasers@aol.com |

Office of the United States Trustee

District/off: 0315-7 | User: lfin | Page 3 of 3
Date Rcvd: May 03, 2021 | Form ID: 3180W | Total Noticed: 21

                ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                cmecf@chapter13trusteewdpa.com

TOTAL: 10