**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
5/3/21 10:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    DARRYL E. MCCRACKEN
    CHRISTINA L. MCCRACKEN
        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

**DEFAULT O/E JAD**

Case No. 16-70016-JAD

Chapter 13

Related To ECF No. 41

**ORDER OF COURT**

AND NOW, this 3rd day of May, 2021, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1) This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2) The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4) Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5) Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

JEFFERY A. DELLER
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 16-70016-JAD

Darryl E. McCracken     Chapter 13

Christina L. McCracken

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: lfin | Page 1 of 2 |
| Date Rcvd: May 03, 2021 | Form ID: pdf900 | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Darryl E. McCracken, Christina L. McCracken, 226 Main Street, Troutville, PA 15866-5017 |
| 14162403 | + | Donna Frantz; Deceased, c/o Christopher Frantz & Sheri Rowles:, 21 East Long Avenue, Apt 411, Du Bois, PA 15801-2138 |
| 14162404 | + | Membchcfcu, 191 Beaver Drive, Dubois, PA 15801-2515 |
| 14174042 | | S&T Bank, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15206769 | | S&T Bank, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14174041 | + | S&T Bank, 355 North 5th Street, Indiana, PA 15701-1940 |
| 14162406 | + | S&T Bank, 800 Philadelphia Street, Indiana, PA 15701-3908 |
| 14182095 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14162410 | #+ | Tdrcs/Furniture First, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |
| 14162411 | + | Timberland Fed Cr Un, 821 Beaver Dr, Du Bois, PA 15801-2511 |
| 14162412 | + | Umb Bank Na, Po Box 419734, Kansas City, MO 64141-6734 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14162402 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 04 2021 03:25:05 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14208089 | + | Email/Text: bankruptcydpt@mcmcg.com | May 04 2021 04:18:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14162405 | + | Email/PDF: cbp@onemainfinancial.com | May 04 2021 03:26:14 | OneMain Financial, 280 Commons Drive, Du Bois, PA 15801-3808 |
| 14230186 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 04 2021 03:26:21 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14162407 | + | Email/PDF: gecsedi@recoverycorp.com | May 04 2021 03:26:15 | Syncb/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14162408 | + | Email/PDF: gecsedi@recoverycorp.com | May 04 2021 03:24:56 | Syncb/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14162409 | + | Email/PDF: gecsedi@recoverycorp.com | May 04 2021 03:26:15 | Syncb/Walmart Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 14162413 | + | Email/Text: bnc-bluestem@quantum3group.com | May 04 2021 04:18:00 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0315-7 | User: lfin | Page 2 of 2
Date Rcvd: May 03, 2021 | Form ID: pdf900 | Total Noticed: 19

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T Bank |
| cr | *+ | S&T Bank, 355 North 5th Street, Indiana, PA 15701-1940 |
| 14232714 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 05, 2021        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor M&T Bank andygornall@latouflawfirm.com |
| Beth L. Slaby | on behalf of Creditor S&T Bank bslaby@grenenbirsic.com mcupec@grenenbirsic.com |
| Brian Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com |
| David W. Raphael | on behalf of Creditor S&T Bank raphaeld@fnb-corp.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Christina L. McCracken thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Plaintiff Darryl E. McCracken thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Darryl E. McCracken thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Plaintiff Christina L. McCracken thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 10